UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY JORDEN LOSCAR,
    Plaintiff,

v.

    Case No. 2:15-CV-3110
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

## ORDER

On November 21, 2016, Magistrate Judge Kemp issued a Report and Recommendation (R&R) in this case. (ECF No. 17.) He recommended that Plaintiff's statement of errors (ECF No. 9) be overruled and that the Court enter judgment in favor of Defendant, the Commissioner of Social Security. The R&R advised the parties that failure to object within fourteen days would result in a waiver of the right to review. The time period for objections has run and no party has objected. Accordingly, the R&R is **ADOPTED**, Mr. Loscar's statement of errors is **OVERRULED**, and the Clerk is **DIRECTED** to enter judgment in favor of the defendant, Commissioner of Social Security.

    IT IS SO ORDERED.

\_\_12-12-2016\_\_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE